Russell A. Robinson, 163937
Law Office of Russell A. Robinson
345 Grove Street, 1st Floor
San Francisco CA 94102
TEL:   415.255.0462
FAX:   415.431.4526
rlaw345@gmail.com/rarcases@yahoo.com

Counsel for Plaintiff
**BRUCE C. KYLES**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE C. KYLES,<br><br>            Plaintiff,<br><br>      vs.<br><br>CITY OF PITTSBURG, et al.,<br><br>            Defendants. | Case No.        C-13-4695-WHO<br><br>**STIPULATION TO CONTINUE TRIAL DATE AND OTHER APPLICABLE DATES; ORDER**<br><br>**[Jury Trial Demanded]**<br><br>Trial:        January 26, 2015 |

TO THE HONORABLE COURT TO ALL PARTIES AND COUNSEL OF RECORD:

Counsel for Plaintiff was to proceed to trial in the matter *Helm v. USA* (2:11-cv-01703-MCE-EFB) on December 1, 2014.  That trial was to proceed in the Eastern District of California.  However, the Court in the *Helm* matter, Honorable Morrison C. England, Jr., continued the trial thereof *sua sponte* to January 26, 2015, on about April 23, 2014 (Order signed April 22, 2014, but filed and served April 23, 2014).

In view of the obvious conflict with the trial date in this case, Plaintiff's counsel conferred with experts and clients in both cases affected by the calendar conflict.  He then conferred with counsel in the matter now before this Court.  The present schedule in this case is as follows:

STIPULATION AND ORDER

| | | |
|---|---|---|
| Trial: | January 26, 2015 | 8:30 a.m. |
| Deadline to amend/add parties: | May 31, 2014 | |
| Discovery cutoff: | July 31, 2014 | |
| Expert disclosure: | August 29, 2014 | |
| Expert rebuttal: | September 12, 2014 | |
| Expert discovery cutoff: | October 15, 2014 | |
| Motions heard by: | September 17, 2014 | |

At the request of Plaintiff's counsel, in view of the conflict posed by the change in the earlier filed case before Judge England, with regard to the several trial calendars of all involved attorneys for both Plaintiff and Defendants in this action, the parties hereto, through the undersigned counsel, stipulate as follows:

| | | |
|---|---|---|
| Trial: | August 17, 2015 | 8:30 a.m. |
| Pre-trial Conference: | July 6, 2015 | 2:00 p.m. |
| Deadline to amend/add parties: | May 31, 2014 | [No change] |
| Discovery cutoff: | January 30, 2015 | |
| Expert disclosure: | February 27, 2015 | |
| Expert rebuttal: | March 13, 2015 | |
| Expert discovery cutoff: | April 3, 2015 | |
| Motions heard by: | April 8, 2015 | |

Date:   June 20, 2014


By:     _____ /s/ Russell A. Robinson _____
        Russell A. Robinson
        Law Office of Russell A. Robinson
        Counsel for Plaintiff
        BRUCE C. KYLES


Date:   June 20, 2014


By:     _____ /s/ Dale Allen, Jr. _____
        Dale Allen, Jr.
        Allen, Glaessner, Hazelwood & Werth
        Counsel for Defendants
        CITY OF PITTSBURG, ET AL.

**ORDER GRANTING IN PART AND DENYING IN PART THE PARTIES' STIPULATION TO MODIFY**

**CASE SCHEDULE**

I have reviewed the Stipulation and the declaration of counsel.  There is no good cause to change any of the dates previously agreed to by the parties and ordered by the Court, particularly since the trial before the Hon. Morrison C. England, Jr., referenced above, is no longer a conflict.  I will not change the trial date.  However, to assist the parties out of a problem of their own making, I will extend the following events to the new dates listed below:

| | |
|---|---|
| Discovery cutoff: | September 15, 2014 |
| Expert disclosure: | September 15, 2014 |
| Expert rebuttal: | October 3, 2014 |
| Expert discovery cutoff: | October 17, 2014 |
| Motions heard by: | October 22, 2014 |

Trial remains set for **January 26, 2015**.  The pretrial conference is set for **December 15, 2014**. A further Case Management Conference is set for **September 23, 2014** at 2 p.m.  A further Joint Case Management Statement is due on **September 16, 2014**.  The parties shall mediate this matter by **October 21, 2014**; in the event the parties wish to utilize the Court's ADR Unit for that purpose, within seven days they shall set up an appointment to schedule the mediation.

In light of this Order, there is no need for counsel to appear at the Case Management Conference scheduled for July 8, 2014 unless there is an issue concerning any of the dates listed above.

Date: July 2, 2014

Honorable WILLIAM H. ORRICK
United States District Judge