UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

BRUCE COLUMBUS KYLES,

    Plaintiff,

v.

CITY OF PITTSBURG, et al.,

    Defendants.

No. C 13-4695 WHO

**ORDER RE: ATTENDANCE AT MEDIATION**

Date: October 8, 2014
Mediator: Charles McClain

    IT IS HEREBY ORDERED that the request to excuse defendant Officers Simental, Saechao, Palma and Seman, and Chief Aaron Baker, from appearing in person at the October 8, 2014, mediation before Charles McClain is GRANTED. The excused officers shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

    Counsel is also instructed to carefully review ADR L.R. 6-10(f), which requires that requests to be excused from appearing at a mediation session be made no later than fourteen days in advance of the session and must include the positions of both opposing counsel and the mediator. Future late, incomplete requests will not be considered.

    IT IS SO ORDERED.

October 7, 2014        By: _____

Dated                                 Maria-Elena James
                                            United States Magistrate Judge