Russell A. Robinson, 163937
Law Office of Russell A. Robinson
345 Grove Street, 1st Floor
San Francisco CA 94102
TEL:   415.255.0462
FAX:   415.431.4526
rlaw345@gmail.com

Counsel for Plaintiff
**BRUCE C. KYLES**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE C. KYLES, | CASE NO.   C-13-4695-WHO |
| Plaintiff, | **PLAINTIFF'S WITNESS LIST** <br> **[Jury Trial Demanded]** |
| v. | Trial:   January 26, 2015 |
| CITY OF PITTSBURG, et al., | Courtroom 12, 19th Floor |
| Defendants. | Honorable William H. Orrick IV |

Plaintiff hereby sets for the witnesses he expects to call during his case-in-chief. These are not in order, with the parties through counsel agreeing to provide 24 hours' notice of witnesses expected order during trial.

**Plaintiff Bruce C. Kyles.** Events in question November 30, 2011, and related topics. 2.0-2.5 hours.

**Defendant Juan Simental.** Events in question November 30, 2011, and related topics. 1.0-1.5 hours.

**Defendant Chunliam Saechao.** Events in question November 30, 2011; related topics. 45 minutes-1.0 hour.

**Defendant Gabriel Palma.** Events in question November 30, 2011, and related topics. 45 minutes-1.0 hour.

/ / /

     **Barry V. Brodd.**  Plaintiff's retained police practices and use of force expert.  The reasonableness of the force employed, training and topics, and alternatives available.

     2.0 hours.

     **Richard Polsky, PhD.**  Plaintiff's retained canine behavior expert.  Training of canines, breed suitability, dual purpose canines, causation, bite analysis. and related topics.

     2.0 hours.

     **Sgt. R. Semas**.  By agreement, through notice.  His review of the events and his report.

     30 minutes.

     **Amarjit Dosanj, MD.** Dr. Dosanj performed surgery on Plaintiff's left leg injured in the event.  Causation for the injuries, that the treatment received was both reasonable and necessary, the need for surgery, costs associated with the various procedures, future problems, pain and suffering of the plaintiff as observed, and related issues.

     2.0 hours.

     **Lisa Marie Quinones, MD.**   Dr. Quinones attended surgery on Plaintiff's left leg injured in the event.  Causation for the injuries, that the treatment received was both reasonable and necessary, the need for surgery, costs associated with the various procedures, future problems, pain and suffering of the plaintiff as observed, and related issues.

     1.0 hours.

     **Jennifer Stanger, MD.**  Dr. Stanger attended surgery on Plaintiff's subject left leg.  Causation for the injuries, that the treatment received was both reasonable and necessary, the need for surgery, costs associated with the various procedures, future problems, pain and suffering of the plaintiff as observed, and related issues.

     1.0 hours.

     **Joseph Carey, MD.**  Dr. Carey attended a subsequent procedure on Plaintiff's left leg with Dr. Dosanj.  Causation for injuries, treatment received was both reasonable and necessary, need for surgery, costs associated with the various procedures, future problems, pain and suffering of the plaintiff as observed, and related issues.

     1.0 hours.

**Trang Lehman, MD.**  Dr. Lehman attended Plaintiff.  Causation for injuries, treatment received was both reasonable and necessary, need for surgery, costs associated with the various procedures, future problems, pain and suffering as observed, and related issues.

1.0 hours.

**John L. Kronick, MD.**  Dr. Kronick operated on Plaintiff.  Causation for injuries, treatment received was both reasonable and necessary, need for surgery, costs associated with the various procedures, future problems, pain and suffering as observed, and related issues.

1.0 hours.

**Jennifer Westerman, NP.**  Injury causation, treatment as reasonable and necessary, need for surgery, costs associated with the various procedures, future problems, Plaintiff's observed pain and suffering, and related issues.

1.0 hours.

**Elizabeth Topete, RN**.  Injury causation, treatment as reasonable and necessary, need for surgery, costs associated with the various procedures, future problems, Plaintiff's observed pain and suffering, and related issues.

1.0 hours.

**Billing personnel at Contra Costa Regional Medical Center, and John Muir Medical Center in Contra Costa County.**  Costs associated with the various procedures.

30 minutes.

Dated: November 20, 2014

　　　　　　　　　　　　　/s/ Russell A. Robinson
By:　　Russell A. Robinson
Law Office of Russell A. Robinson
Counsel for Plaintiff
**BRUCE C. KYLES**