DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:     (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Defendants
CITY OF PITTSBURG, OFFICER C. SAECHAO;
OFFICER R. SEMAS; OFFICER JUAN SIMENTAL;
OFFICER G. PALMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE C. KYLES,<br><br>               Plaintiff,<br><br>     v.<br><br>CITY OF PITTSBURG, PITTSBURG POLICE DEPARTMENT, C. SAECHO (P288) R. SEMAS, JUAN SIMENTAL (P286), G. PALMA (P278), AARON BAKER (CHIEF), AND DOES 1-40,<br><br>               Defendants. | Case No.: 3:13-cv-04695-WHO<br><br>**DEFENDANTS' OBJECTIONS TO PLAINTIFF'S EXHIBITS**<br><br>Assigned to: Hon. William H. Orrick<br><br>Date:   December 15, 2014<br>Time:   2:00 p.m.<br>Ctrm:   12, 19th Floor<br><br>Trial:    January 26, 2015 |

Pursuant to the Court's order (Docket No. 14, 6:10-14), Defendants hereby submit their objections to Plaintiff's Exhibit List.

**PLAINTIFF'S EXHIBIT LIST**

| **Plaintiff's Exhibit** | **Defendants' Response** | **Plaintiff's Response** |
|---|---|---|
| Ex. "101" - Photographs of Plaintiff and his injuries. | No Objection | N/A |
| Ex. "102" - Video and audio from Simental's taser cam. | No Objection | N/A |

| Ex. "103" - PPD incident-related police reports. | If used to refresh recollection, no objection. Otherwise, Defendants object on hearsay grounds. | In addition to refreshing recollection, to be used for impeachment, and by expert witnesses in forming their opinions. |
|---|---|---|
| Ex. "104" - Selected medical records from Contra Costa Regional Medical Center | If used to refresh recollection of medical-related witnesses (or experts), no objection. Otherwise, Defendants object on hearsay grounds. | Not offered for the truth asserted in every case. Also, in addition to refreshing recollection, to be used for impeachment of defense witnesses; and, as business records where applicable. |
| Ex. "105" - Selected medical records from John Muir Medical Center | If used to refresh recollection of medical-related witnesses (or experts), no objection. Otherwise, Defendants object on hearsay grounds. | Not offered for the truth asserted in every case. Also, in addition to refreshing recollection, to be used for impeachment of defense witnesses; and, as business records where applicable. |
| Ex. "106" - Billing records from Contra Costa Regional Medical Center | Defendants object on grounds of hearsay and *Howell v. Hamilton Meats and Provisions, Inc.* (2011) 52 Cal. 4th 541 (on past medical expenses, only amount actually paid is admissible). | Not offered for the truth asserted in every case. As business records where applicable. To show, as an element of damage, the amounts paid and payable under *Howell.* |
| Ex. "107" - Billing records from John Muir Medical Center | Defendants object on grounds of hearsay and *Howell v. Hamilton Meats and Provisions, Inc.* (2011) 52 Cal. 4th 541 (on past medical expenses, only amount actually paid is admissible). | Not offered for the truth asserted in every case. As business records where applicable. To show, as an element of damage, the amounts paid and payable under *Howell.* |
| Ex. "108" - Report and CV of Barry Brodd | If used to refresh recollection of Mr. Brodd, no objection. Otherwise, Defendants object on hearsay grounds. | Agreed. |

| | | |
|---|---|---|
| Ex. "109" - Report and CV of Richard Polsky | If used to refresh recollection of Dr. Polsky, no objection. Otherwise, Defendants object on hearsay grounds. | Agreed. |
| Ex. "110" - Pittsburg Lexipol Policy Manual 318 (canine) | No objection. | N/A |

Dated:  December 2, 2014

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By:   */s/ Kevin P. Allen*
    DALE L. ALLEN, JR.
    KEVIN P. ALLEN
    Attorneys for Defendants
    CITY OF PITTSBURG, OFFICER C. SAECHAO; OFFICER R. SEMAS; OFFICER JUAN SIMENTAL; OFFICER G. PALMA